■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALEJANDRO VINCENTE-LUNA, Appellant. [595 NYS2d 320] —Appeal by the defendant from a judgment of the County Court, Dutchess County (Hillery, J.), rendered February 22, 1991, convicting him of attempted rape in the first degree (two counts), sexual abuse in the first degree (two counts), and endangering the welfare of a child, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence *(see,* CPL 470.15 [5]).

We have examined the defendant's remaining contentions and find them to be without merit. Bracken, J. P., Lawrence, Copertino and Pizzuto, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL WALLACE, Appellant. [595 NYS2d 320] —Appeal by the defendant from a judgment of the County Court, Nassau County (Santagata, J.), rendered August 22, 1991, convicting him of attempted criminal possession of a controlled substance in the fourth degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

Appellate review of the issues raised by the defendant in his main brief and in his supplemental *pro se* brief, was effectively waived by him as part of his plea bargain. Accordingly, the judgment of conviction is affirmed *(see, People v Callahan,* 80 NY2d 273; *People v Seaberg,* 74 NY2d 1). Mangano, P. J., Sullivan, Balletta and O'Brien, JJ., concur.